IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DILCIA MOJICA PHIPPS,

      Appellant,

  v.

                               Case No. 5D21-2094
                               LT Case No. 2018-CF-010448-B-O

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Orange County,
Luis F. Calderon, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.